UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Missouri Confluence Waterkeeper )
)
)
Plaintiff(s), )
)
vs. )  Case No. 4:18-cv-00165
Byrnes Mill Property, LLC and Mobile Home )
Park Investments, Inc. )
)
Defendant(s). )

DISCLOSURE OF ORGANIZATIONAL INTERESTS
CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for __Plaintiff__ hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a.  Its parent companies or corporations (if none, state "none"):
        None

    b.  Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
        None.

    c.  Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
        None

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

_____ 62367(MO)
Signature (Counsel for Plaintiff/~~Defendant~~)
Print Name: Robert H. Menees
Address: 319 N. Fourth St., Ste. 800
City/State/Zip: St. Louis, MO 63102
Phone: (314) 231-4181

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: _____, 20_____.

_____
Signature