# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

---

| | |
|---|---|
| MISSOURI CONFLUENCE WATERKEEPER, a Missouri non-profit organization,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BYRNES MILL PROPERTY, LLC., a Delaware Limited Liability Company, and MOBILE HOME PARK INVESTMENTS, INC., an Illinois Corporation,<br><br>　　　　　Defendants. | Civil Action No. 4:20-cv-00165-AGF<br><br>District Judge Audrey G. Fleissig<br><br>**NOTICE OF LODGING OF EXECUTED SETTLEMENT AGREEMENT AND MOTION FOR CONTINUED STAY** |

---

Plaintiff Missouri Confluence Waterkeeper and Defendants Byrnes Mill Property, LLC and Mobile Home Park Investment, Inc., collectively ("the Parties") by and through their undersigned counsel, hereby notify the Court of their execution of a Settlement Agreement and respectfully move the Court for a continued stay of the litigation pending government review of that Agreement. The grounds for their motion are as follows:

　　1.　　The Parties have executed a Settlement Agreement (attached hereto as Exhibit A) that they believe fully and equitably resolves the claims alleged in Plaintiff's Complaint.

　　2.　　The Parties believe that the attached Settlement Agreement is in the best interest of the Parties, is consistent with the policies and Congressional purposes underlying the Clean Water Act, and is in the public interest.

　　3.　　The Clean Water Act citizen suit provision provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45 days following

1

the receipt of a copy of the proposed consent judgment by the Attorney General and the [EPA] Administrator." 33 U.S.C. § 1365(c)(3). Without conceding that the attached Settlement Agreement is a "consent judgment" under the Clean Water Act, the Parties have nonetheless voluntarily agreed to provide a copy of the Settlement Agreement to the Attorney General and the EPA Administrator and to allow them 45 days to comment upon it to the parties or to the Court. Plaintiff will submit such copies via certified mail today.

4.     Therefore, the Parties respectfully request that the Court take no action on the Settlement Agreement at this time, and that it continue to stay this litigation until May 14, 2020. After the 45-day review period has expired, the Parties intend to jointly move the Court to dismiss this case with prejudice. That motion will request that this Court retain continuing jurisdiction to enforce the terms of the Settlement Agreement. See *Jenkins v. Kansas City Missouri Sch. Dist.*, 516 F.3d 1074, 1081 (8th Cir. 2008), as corrected (Mar. 27, 2008).

WHEREFORE, the Parties jointly and respectfully request that the Court enter an order staying all litigation in this case until May 14, 2020.

Respectfully Submitted this 30th day of March, 2020.

| /s/ Robert Menees | /s/ John Grellner |
|---|---|
| Robert Menees (MBE #62367) | John Grellner (MBE #50638) |
| Great Rivers Environmental Law Center | Berger, Cohen & Brandt |
| 319 N. Fourth St., Suite 800 | 8000 Maryland Ave., Suite 1500 |
| St. Louis, MO 63102 | Clayton, MO 63105 |
| bobmenees@greatriverslaw.org | (314) 721-7272 |
| (314) 231-4181 | jgrellner@bcblawlc.com |
| Fax (314) 231-4148 | *Counsel for Defendants Byrnes Mill* |
| *Counsel for Plaintiff Missouri Confluence Waterkeeper* | *Property, LLC and Mobile Home Park Investment, Inc.* |

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Court's electronic filing system, with notice of case activity to be generated and sent electronically by the Clerk of said Court on the 30th day of March, 2020, to all counsel of record.

/s/ Robert Menees