# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MISSOURI CONFLUENCE WATERKEEPER, ) <br> a Missouri non-profit organization, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BYRNES MILL PROPERTY, LLC., ) <br> a Delaware Limited Liability Company, and ) <br> MOBILE HOME PARK INVESTMENTS, ) <br> INC., an Illinois Corporation, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 4:20-cv-00165-AGF <br><br> District Judge Audrey G. Fleissig |

## ORDER OF DISMISSAL

Pending before the Court is the parties' Joint Motion to Dismiss (Doc. 7). In the motion, the parties ask the Court to enter an order dismissing this case with prejudice, incorporating the terms of the parties' Settlement Agreement (the "Agreement"), (Doc. 3-1), that fully resolves the claims alleged in Plaintiff's Complaint. The parties also ask that the Court retain jurisdiction over that Agreement. The United States has been provided with 45 days to review the Agreement and has not objected to it. Upon due consideration of the Parties' motion and the Agreement, it is hereby

**ORDERED** that this case is DISMISSED WITH PREJUDICE. The parties' Settlement Agreement (Doc. 3-1) is fully incorporated herein by reference and is made a part of this Order, and the Court hereby retains jurisdiction over that Settlement Agreement.

**IT IS SO ORDERED**.

Dated: June 2, 2020

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**